**Abatement Order filed May 24, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00068-CR
_____

### CARINO RATCLIFF, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1482872**

## ABATEMENT ORDER

Appellant is not represented by counsel on appeal. The record reflects that the trial court granted appellant's request to be appointed counsel but has not made the appointment. Accordingly, we enter the following order.

We ORDER the judge of the 182nd District Court to immediately conduct a hearing at which appellant and counsel for the State shall be present to determine whether appellant desires to prosecute his appeal. If he does desire to prosecute his

appeal, the judge shall appoint appellate counsel for him. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. Those records shall be filed with the clerk of this court by **June 23, 2016**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM